EASTERN DIS.
June, 1841.

GASQUET
vs.
OAKEY.

**GASQUET vs. OAKEY.**

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF NEW

ORLEANS.

The surety who has paid defendant's notes in the hands of a third person,
without notice of the defence set up, will recover the amount he has paid,
notwithstanding the eviction and loss of title to the property for which they
were given.

This is an action against the defendant as maker of one, and
endorser of another note, given as part of the price of land.
The plaintiff became bound with the defendant; paid and took
up these notes, and now seeks to recover the amount of them
from the latter.

The defendant pleaded the general issue, and set up a failure
of title, and danger of eviction from the property for which the
notes were given, &c.

There was judgment against him, and he appealed.

*Wharton*, for the plaintiff.

*Oakey*, in person, &c.

*Morphy, J.* delivered the opinion of the court.

The plaintiff seeks to recover the amount of two promissory
notes, one drawn to his order by defendant, and the other drawn
by G. Green to the order of defendant, and by him endorsed
over to the plaintiff. The defence set up is, that the notes sued
on were given in payment of a tract of land purchased from
Levi Pierce by defendant jointly with the plaintiff, Green &
Currell. That prior to the institution of this suit, an action
of slander of title had been brought by defendant and his co-
purchasers against John McDonogh, who publicly claimed the
land as his own, and pretended to have a better title to the
same than the defendant and his co-owners; and moreover,
that J. McDonogh is in possession of the property they sold to
them. Even admitting that this defence could have availed
the defendant, in a suit brought against him by his vendor, it

EASTERN DIS.
June, 1841.

ROLLAND'S
HEIRS
vs.
M'CARTY.

cannot be set up against the plaintiff, who as surety has paid the debt in the hands of third persons, without notice of the pretended danger of eviction and want of possession; and against whom the defendant could not have opposed these matters, to withhold or suspend payment.

The judgment of the Parish Court is therefore affirmed with costs.